# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

FILED
SEP - 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br><br>RICHARD PHUNG, and<br>SU QING LI<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) | Case No.<br><br>2:15 - MJ - 0 1 8 0  KJN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 19, 2015__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 & 841(a)(1) | Conspiracy to distribute and possess with intent to distribute at least 500 kilograms of marijuana |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Brian Swenson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 2, 2015

_____
*Judge's signature*

City and state: Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brian Swenson, do hereby depose and state the following:

### I. AFFIANT'S BACKGROUND

1. I am a Special Agent (S/A) with the United States Drug Enforcement Administration (DEA) and have so been employed since May of 2004. I am presently assigned to the DEA Sacramento District Office. I am a law enforcement officer of the United States and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Section 878, of Title 21, United States Code.

2. I was trained as a DEA Special Agent at the DEA Academy, Quantico, Virginia. I received specialized training in the Controlled Substance Act, Title 21, United States Code, including, but not limited to, Sections 841(a)(1) and 846, Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations, respectively. I was assigned to the Sacramento District Office in June of 2004. As part of my assignment I have participated in investigations targeting individuals and organizations trafficking marijuana, heroin, cocaine, crack cocaine, methamphetamine, ecstasy, and other controlled substances as defined in Title 21 United States Code, Section 801. I have been actively involved as a case agent in numerous investigations and have interviewed cooperating defendants and confidential sources who were involved in narcotics trafficking. I have performed enforcement related tasks such as executing state and federal search warrants, arrest warrants, utilizing confidential sources for the purchase of narcotics and surveillance of suspects.

### II. PURPOSE OF THE AFFIDAVIT

3. The information contained in this affidavit is based upon numerous sources to include the observations of sworn police detectives from the Elk Grove Police Department (EGPD), law enforcement database queries, and the review of official police reports. Because this affidavit is being submitted for the limited purpose of establishing probable cause for charging individuals with controlled substance violations, and to seek arrest warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary and appropriate to establish probable cause regarding the violations described below.

4. This affidavit is submitted in support of a criminal complaint and arrest warrants charging Richard Phung and Su Qing Li with conspiracy to manufacture, distribute, and possess with intent to distribute at least 500 kilograms of marijuana.

5. Richard Phung is identified as an Asian male with black hair and brown eyes, an approximate height of 5'7", and an approximate weight of 150 lbs. His date of birth and California driver's license number are on file with the DEA but are not included herein because they are private, confidential, personal identifying information. A drug related criminal history check on Richard Phung was conducted on August 24, 2015 with negative results.

6.    Su Qing Li is identified as an Asian female with black hair and brown eyes, approximate height of 5'5" and an approximate weight of 125 lbs. Her date of birth and California driver's license number are on file with the DEA but are not included herein because they are private, confidential personal identifying information. A drug related criminal history check on Su Qing Li was conducted on August 24, 2015 with negative results.

### III.    PROBABLE CAUSE

#### A.    Background of the Investigation

7.    Since December 2013, DEA and the Elk Grove Police Department (EGPD) have been investigating an indoor marijuana cultivation and distribution ring operating residential marijuana grow houses in the cities of Elk Grove and Sacramento, California. During October 2014, Detectives from the EGPD served fifteen state search warrants on residential houses pursuant to this investigation. The majority of the residences contained sophisticated indoor marijuana grow operations with growing marijuana plants. In total, law enforcement seized over 3,000 marijuana plants and over 140 pounds of harvested and packaged marijuana during execution of these search warrants. Thirteen individuals were arrested on state charges for marijuana cultivation and possession for sale. Three individuals were indicted federally, including Guo Ma, Ashley Chang, and Qiguang Li. *See United States v. Guo Ma et al.*, Case No. 2:14-CR-330 GEB (Indictment filed Dec. 3, 2014); *United States v. Qiguang Li et al.*, Case No. 2:14-cr-0340 MCE (Indictment filed Dec. 18, 2014). During the October 2014 search warrant executions conducted by EGPD, Detectives learned that the following residences were being used as packaging and distribution centers for marijuana:

- 2277 Wyda Way, Sacramento, California
- 7719 40th Avenue, Sacramento, California.

8.    When search warrants were executed at 2277 Wyda Way and 7719 40th Avenue, EGPD Detectives found evidence that Richard Phung and Su Qing Li were operating those two marijuana distribution houses. However, Richard Phung and Su Qing Li were not present when the search warrants were executed. Accordingly, arrest warrants were issued for Richard Phung and Su Qing Li through the Sacramento Superior Court. Richard Phung and Su Qing Li were not charged in the federal cases cited above; however, evidence suggests that Richard Phung and Su Qing Li collected the cultivated marijuana from the grow houses searched in October 2014 and then packaged and distributed that marijuana.

#### B.    2277 Wyda Way, Sacramento

9.    During their investigation and before execution of search warrants, law enforcement conducted surveillance at 2277 Wyda Way. During one surveillance operation, EGPD Detectives observed Guo Ma arrive at the residence and park inside the garage. Detectives also saw both Richard Phung and Su Qing Li at the residence at the same time. Richard Phung moved his

2

vehicle out of the driveway so that Guo Ma could park his vehicle inside the garage of the residence. Guo Ma was indicted in a separate case for manufacturing marijuana at numerous grow houses. *See United States v. Guo Ma et al.*, Case No. 2:14-CR-330 GEB. By parking inside the garage at 2277 Wyda Way, his conduct was consistent with delivering marijuana from his grow houses to a distribution center at 2277 Wyda Way.

10. On October 9, 2014, EGPD executed a search warrant at 2277 Wyda Way, Sacramento. No occupants were located inside the residence during execution of the search warrant, but a total of nine pounds of harvested marijuana and over $45,000 in U.S. Currency was seized inside the residence. EGPD Detectives also located numerous items of non-drug evidence, including:

- Su Qing Li's name handwritten on a piece of paper.
- New Jersey state police arrest report for Su Qing Li.
- A receipt for the Brooklyn New York Bay Ridge Station toll plaza.[1]
- A Comcast bill addressed to Richard Phung at 2277 Wyda Way.
- An Immigration Naturalization document for Richard Phung.
- A Wells Fargo Bank account history for a business entitled "R&L Distribution" listing Richard Phung and Su Qing Li as account signers.
- A SMUD bill and a "Commerce West" insurance company document addressed to Richard Phung at 6125 Stockton Blvd Apt #82, Sacramento, California (when a search warrant was executed at this location in October 2014, law enforcement seized 345 growing marijuana plants).
- A SMUD electrical bill for 2277 Wyda Way addressed to Richard Phung.
- A marijuana recommendation card for Richard Phung and Su Qing Li with their California Driver's License photocopied to the document.
- A U-Haul rental receipt for Richard Phung listing 7719 40th Avenue, Sacramento, CA.
- A significant number of boxes (located in the residence and the garage), one of which had "ATL" and "1 of 6" handwritten on it and which contained six sealed bags each containing approximately one pound of marijuana.[2]
- A digital scale, commonly used to weigh marijuana.
- Five vacuum food sealers, commonly used to package processed marijuana for distribution.
- A significant number of food saver sealer bag rolls (and used bag rolls), which are commonly used to package marijuana.
- Numerous boxes of dryer sheets, which are commonly used to mask the odor of marijuana.

---

[1] On pay/owe sheets seized during search warrant execution in this case, law enforcement has seen evidence that marijuana was sent to New York.

[2] Based on the "ATL" handwritten on the outside of this box, your affiant believes this box likely was being shipped to either Atlanta, Georgia or Atlantic City, New Jersey.

3

- Many large black garbage bags that had a strong odor of marijuana.[3]

11.     Further, EGPD Detectives seized a notebook with several pages of pay/owe ledgers. The pay/owe ledgers contained handwritten notes with entries such as "23 x 1650 = 37950" and "37 x 1700 = 62900". Based on my training and experience, I believe that this and similar notations detail marijuana transactions and specifically note marijuana sales by Richard Phung and Su Qing Li. I also believe, based on my training and experience, that these notations show a quantity of marijuana in pounds (such as 23 and 37), which was sold at a specific price (such as $1,650 and $1,700) which were then multiplied for a sum of $47,950 and $62,900, respectively, for those transactions. In addition, many of the entries in the pay/owe ledger listed initials such as "BB", "GD", and "MK" handwritten next to the entries. Based on my training and experience and knowledge of marijuana cultivation and trafficking cases, I believe that these notations represent either the person or marijuana strain associated with the marijuana sale notated in the pay/owe ledger. After a careful examination of all the pay/owe ledgers seized inside 2277 Wyda Way, I determined that the total amount of marijuana noted in the pay/owe ledgers was approximately 563 pounds and the total price of the marijuana recorded in the pay/owe ledgers was $1,024,450.

12.     As stated above, the evidence seized at 2277 Wyda Way shows that the residence was being used as a packaging and distribution center for marijuana. The sheer volume of packaging materials – such as boxes, vacuum sealer bags, and large black marijuana transport bags – reflects that marijuana was being distributed from the residence on a large scale. The photographs provided below show large garbage bags (which smelled of marijuana and presumably were used to transport cultivated marijuana); a large, clear garbage bag containing used rolls for vacuum sealer bags; processed and packaged marijuana for further distribution; and U-Haul boxes for shipment of processed marijuana to out-of-state sales locations.




---

[3] Based on my training and experience investigating marijuana cultivation and trafficking crimes, I suspect that these bags were used as containers to transport marijuana from grow houses to a central repository for packaging and distribution.




### C.     7719 40th Avenue, Sacramento

13.     During this investigation, EGPD Detectives learned that Guo Ma's was frequently visiting 7719 40th Avenue. Based on the fact that Guo Ma was believed to be operating a ring of indoor marijuana cultivation operations in various residences in the Sacramento and Elk Grove areas (and that he was indicted for doing the same), your affiant believes that Guo Ma was transporting quantities of harvested marijuana to 7719 40th Avenue to be packaged and distributed by Richard Phung and Su Qing Li.

14.     On October 10, 2014, EGPD executed a search warrant at 7719 40th Avenue, Sacramento. Evidence seized during execution of the search warrant revealed that the residence was being used as a packaging and distribution center for marijuana. Meanwhile, EGPD Detectives located and arrested two individuals during service of the search warrant who were prosecuted in the Sacramento County Superior Court. Neither Richard Phung nor Su Qing Li were present at the residence at the time of the search. The October 10, 2014, search yielded approximately fifty-four pounds of harvested marijuana. EGPD Detectives also located numerous non-drug evidence items which included:

- A digital scale, commonly used to weigh marijuana.
- Three vacuum heat sealers, commonly used to remove air from plastic bags that store distribution-level quantities of marijuana.
- Boxes and bags containing vacuum sealing bags and packaging material.
- A SMUD bill addressed to Su Qing Li at 7719 40th Avenue
- A photocopy of a Pennsylvania driver's license for Su Qing Li.
- Unopened mail addressed to Richard Phung at 7719 40th Avenue.
- An insurance statement for Richard Phung addressed to 6125 Stockton Blvd, Apt #82 (as described earlier, when a search warrant was executed at this location in October 2014, law enforcement seized 345 growing marijuana plants)
- An R&L Distribution account document addressed to 7719 40th Avenue with account signers Richard Phung and Su Qing Li.

- Numerous used and unused boxes, including U-Haul boxes, which were the same types of boxes observed during the search warrant at 2277 Wyda Way.

15.     Also during execution of the search warrant, Detectives seized pay/owe ledgers. The ledgers contained handwritten notes which had numerous entries, including representative entries "53 x 1600 = 84800" and "11 x 2400 = 26400". Based on my training and experience, I believe that these notations detail marijuana sales. I further believe based on my training and experience that these notations reflect an amount of marijuana in pounds (such as 53 and 11) which are sold at prices (such as $1,600 and $2,400), which equal a total of $84,800 and $26,400, respectively, for those transactions. After a careful examination of the pay/owe ledgers, I believe that the total amount of marijuana reflected in the pay/owe ledgers for distribution was approximately 113 pounds and that the sale price of that marijuana was approximately $200,000, as reflected in the entries in the pay/owe ledger.

16.     The sheer volume of packaging materials seized during execution of the search warrant at 7719 40th Avenue – including boxes, vacuum sealer bags, and large black marijuana transport bags – shows that large-scale marijuana distribution was conducted through the residence. The photographs below show clear plastic bags containing processed marijuana; a digital scale used for weighing marijuana with packages of marijuana next to the scale; and large black plastic garbage bags filled with smaller bags of processed marijuana.



### D. Arrest of Richard Phung & Su Qing Li

17.     On August 19, 2015, EGPD Detectives conducting surveillance observed Richard Phung, a fugitive on an outstanding state arrest warrant, in the front yard at 4925 Village Wood Way, Sacramento, California. EGPD Detectives also observed a female adult who resembled Su Qing Li outside the residence. Richard Phung approached the Detectives' vehicle – perhaps believing that the Detectives were there to sell him marijuana – and was arrested by Detectives pursuant to his state arrest warrant. Detectives obtained consent from Richard Phung to sweep the house for the fugitive Su Qing Li. Richard Phung had approximately $25,000 on him in his pants pocket at the time of his arrest. Just after his arrest, a Range Rover arrived and parked in front of the residence at 4925 Village Wood Way. Detectives identified the driver and observed a strong odor of marijuana emitting from his vehicle, which was later found to be carrying approximately one pound of packaged, processed marijuana. The driver told Detectives that he came to the residence to provide a sample of marijuana for Richard Phung.

18.     Detectives then conducted a consent search sweep of 4925 Village Wood Way for Su Qing Li. She was not located inside. During the sweep, Detectives located two other Asian females inside the residence who would later be arrested on state drug charges pursuant to evidence seized during execution of a search warrant. During the sweep of the residence looking for Su Qing Li, Detectives observed in plain view a large duffle bag filled with packaged marijuana and other items in the residence consistent with the packaging and distribution of marijuana. Detectives then froze the residence and obtained a state search warrant for the residence and vehicles on the premises. While waiting for the search warrant to be signed, Detectives observed Su Qing Li drive by the residence. Detectives conducted a vehicle stop of Su Qing Li who was attempting to drive away in a Toyota Sienna van. Su Qing Li, provided an international driver's license with her photograph but with a false name (the same type of false international driver's license was also found for Richard Phung on his person with his photograph and a different name). Detectives arrested Su Qing Li pursuant to her arrest warrant and then proceeded to serve the search warrant at 4925 Village Wood Way.

### E. 4925 Village Wood Way

19.     During the August 19, 2015, search of 4925 Village Wood Way, Detectives seized approximately fourteen pounds of packaged marijuana and approximately $40,000. EGPD Detectives also located numerous non-drug evidence items which included:

- Three vacuum sealers, which are commonly used as part of the process to package marijuana for distribution.
- Dryer sheets, which are commonly used to mask the odor of marijuana.
- Multiple cases of food saver sealer bags, which are commonly used to store processed marijuana for distribution.
- Packaging material used to ship items, such as processed and packaged marijuana.

7

- Numerous U-Haul boxes and Home Depot brand shipping boxes similar to those seen during execution of search warrants at 2277 Wyda Way and 7719 40th Avenue.
- International driver's license for Richard Phung containing his photograph and a fictitious name (Dawei Feng).
- International driver's license for Su Qing Li with her photograph and a fictitious name (Xiao Feng Li).
- A Pennsylvania driver's license for Su Qing Li.
- An Illinois driver's license for Richard Phung with his photograph and a fictitious name, Wei Dong Zheng.
- At least ten cellular telephones.
- A rental application for Su Qing Li.
- A marijuana recommendation card for Su Qing Li found in a Lexus vehicle with New York License plates parked at the residence.
- Indicia and documents addressed to Richard Phung, R&L Distribution and Su Qing Li in the glove box of a Ford Escape parked at the residence. Su Qing Li had the keys to this vehicle in her possession at the time of her arrest.
- A Garmin GPS device which had addresses stored in its history reflecting travel to cities in Philadelphia and New York.
- A rifle magazine containing 5.56 mm rifle rounds (the rifle itself was not found).
- A large charcoal air filter which was running at high speed (located in the packaging room), which was being used to help mask the odor of marijuana.
- Several bank statements and credit cards addressed to Su Qing Li and R&L distribution.
- An auto insurance card addressed to Richard Phung.
- A SMUD bill addressed to Richard Phung at 2277 Wyda Way.
- A key ring with "2277 Wyda" written on it.

20.     Detectives also seized a cellular telephone from Richard Phung's pocket. Pursuant to the search warrant, his cellular telephone was searched and it revealed many text messages with drug-related conversations, which included texts of marijuana quantities and prices, addresses for pickups and drop-offs, and bank account information for drug proceeds.

21.     Detectives read Richard Phung his *Miranda* rights and he agreed to answer questions. Richard Phung stated that he lived at 4925 Village Wood Way and used to live a 2277 Wyda Way. Richard Phung told Detectives that he and Su Qing Li were companions and had been together for two years. When asked other questions, Richard Phung indicated he wanted to speak with an attorney and no further questions were asked.

22.     During execution of the search warrant, Detectives located several pay/owe ledgers on the kitchen table. The pay/owe ledgers were in a pile located directly underneath Richard Phung's Coach hand bag. The ledgers contained handwritten notes which had numerous entries, including the representative entries – "108 x 1350 = 145,800" and "11 x 1750 = 19250". Based on my training and experience and knowledge of this investigation, I believe that these entries represent marijuana transactions involving Richard Phung and Su Qing Li. More specifically, these entries show an amount of marijuana in pounds (such as 108 and 11), which

are sold at the prices reflected in the pay/owe ledger (such as $1,350 and $1,750), which are totaled and equaled an amount (such as $145,800 and $19,250, respectively) for the entries detailed in the pay/owe ledger. After a careful examination of the pay/owe ledgers, I was able to calculate that the total amount of marijuana represented in the pay/owe ledger was approximately 504 pounds of marijuana and the amount of money represented in the pay/owe ledger associated with the marijuana was $740,050.

23.     The sheer volume of packaging materials found during execution of the search warrant at 4925 Village Wood Way reflects that it was a large-scale marijuana distribution hub. The photographs shown below depict items found during execution of the search warrant, including large quantities of vacuum sealer bags (inside a cardboard box); clear plastic bags containing processed marijuana; a carbon air filter to filter the odor of marijuana out of the residence; boxes for shipment of marijuana; and black vacuum sealers used to seal packages of processed marijuana.



24.     In addition, during the search of 4925 Village Wood Way, Detectives seized multiple house keys that did not fit the front door at the residence, a garage door opener which opened the garage door at 5255 Jacinto Avenue, Sacramento, California, and indicia for residences located at 5255 Jacinto Avenue and 5000 Camino Royale Drive in Sacramento, California. Detectives then obtained roll-over state search warrants for those two residences.

9

### F.     5255 Jacinto Avenue, Sacramento

25.    During the search of 5255 Jacinto Avenue, Sacramento, Detectives seized approximately fifteen pounds of packaged marijuana. No occupants were located inside the residence at the time the search warrant was executed. Based on the amount of male and female clothes in the residence as well as indicia for Richard Phung and Su Qing Li, law enforcement believes that Richard Phung and Su Qing Li likely were residing in this residence. One bedroom was converted into a marijuana packaging and processing room. EGPD Detectives also located numerous non-drug evidence items which included:

- A digital scale, two vacuum sealers, a box of dryer sheets, multiple cases of vacuum sealer bags, and charcoal filter used to ventilate and mask the odor of marijuana from the residence.
- Approximately 61 cardboard U-Haul boxes and several Home Depot brand shipping boxes commonly used to ship the packaged marijuana.
- A handwritten piece of paper filled with telephone numbers and names, one of which had the name "honey" with 916-318-1907. That telephone was seized from the person of Richard Phung pursuant to his arrest.
- Bill (currency) counting machine and several cellular telephones.
- California vehicle insurance card for Richard Phung.
- Blank checks and a business application for R&L Distribution with signers Richard Phung and Su Qing Li.
- A Toyota dealer check made out to Su Qing Li at 2277 Wyda Way.
- A Certificate of Naturalization document for Richard Phung.
- Copies of EGPD reports (EGPD Case # 14-7425 and 14-7811) for the October 2014 search warrant takedown which were provided to the defendants in that case but not to Richard Phung and Su Qing Li because they had not been arrested in that case.

26.    During the search warrant execution, Detectives seized pay/owe ledgers. The ledgers contained handwritten notes and numerous entries. Two representative entries include "61 x 1450 = 88450" and "11 x 1800 = 19800". Based on my training and experience and knowledge of this investigation, I believe that these entries depict marijuana transactions and detail the sale of marijuana by Richard Phung and Su Qing Li. Specifically, based on my training and experience, I believe that these entries depict the amount of marijuana in pounds (such as 61 and 11), which was sold at a given price (such as $1,450 and $1,800), and which equaled a total of $88,450 and $19,800, respectively, for those two transactions. After a careful examination of the pay/owe ledgers, I determined that the total amount of marijuana reflected in the pay/owe ledgers for this residence was approximately 649 pounds of marijuana and that the monetary value of the marijuana reflected in the pay/owe ledgers was approximately $1,040,700.

27.    The residence located at 5255 Jacinto Avenue was being used as a packaging and distribution center for marijuana. The sheer volume of packaging materials such as boxes, vacuum sealer bags, and large black marijuana transport bags show the distribution of

marijuana on a large scale. Your affiant has attached several photographs of the residence taken during the search warrant that show boxes presumably used to ship marijuana; a carbon air filter; black vacuum sealers; plastic bags on rollers used to store processed marijuana; and bags of processed marijuana.



### G.   5000 Camino Royal, Sacramento

28.   Later on August 19, 2015, Detectives executed a rollover search warrant at 5000 Camino Royal, Sacramento. No occupants were located inside the residence at the time the search warrant was executed. Pursuant the search warrant, Detectives seized the following non-drug evidence items:

- Several food sealer bags and numerous large bags, one of which contained dryer sheets with marijuana residue.
- The exact same red/blue/white striped plastic bags that were found in 4925 Village Wood Way and 5255 Jacinto Avenue.
- A "Coach New York" brand sales/purchase bag was found in the residence (an actual Coach bag was found on the kitchen table at 4925 Village Wood Way which was claimed by Richard Phung at the time of his arrest).
- Lease paperwork for a residence at Village Wood Way.

11

- A USPS priority labels with address listings in Flushing, New York, numerous other USPS priority shipping envelopes, and three USPS priority shipping boxes.

29.   During execution of the search warrant, Detectives seized pay/owe ledgers. The ledgers contained handwritten notes. Representative entries included the following: "15 x 1900 = 28500" and "13 x 1750 = 22750". Based on my training and experience and knowledge of this investigation, I believe that these entries reflect marijuana transactions and detail the sales of marijuana by Richard Phung and Su Qing Li. These entries reflect an amount of marijuana in pounds (such as 15 and 13), which was sold at a prices (such as 1,900 and 1,750), which resulted in a total value of $28,500 and $22,750, respectively, for those two representative transactions. After a careful examination of the pay/owe ledgers, I was able to determine the total amount of marijuana reflected in the pay/owe ledgers was approximately 365 pounds of marijuana and that the value of that marijuana was approximately $668,000.

30.   Detectives seized from 5000 Camino Royale Drive black garbage bags and red/white/blue plastic bags that were also observed at the other distribution houses described in this affidavit. Accordingly, I believe these bags were being used as containers to transport marijuana into and out of 5000 Camino Royale Drive. The photographs provided below show the bags believed to be used to transport marijuana and a sheet from a pay/owe ledger.



## IV.   CONCLUSION

31.     Based on the facts set forth herein and the training and experience of your affiant and the EGPD Detectives who conducted this investigation, I submit that there is probable cause to believe that Richard Phung and Su Qing Li violated 21 U.S.C. §§ 846 & 841(a)(1), conspiracy to distribute and possess with intent to distribute at least 500 kilograms of marijuana. Approximately 77 pounds of processed marijuana was seized during execution of search warrants detailed in this affidavit at 2277 Wyda Way, 7719 40th Avenue, and 4925 Village Wood Way. Furthermore, a cumulative total of at least 2,194 pounds of marijuana was detailed in the pay/owe ledgers seized during the execution of search warrants at 277 Wyda Way, 7719 40th Avenue, 4925 Village Wood Way, 5255 Jacinto Way, and 5000 Camino Royal Way, as described in this affidavit. Converting from pounds to kilograms, 2,194 pounds of marijuana is approximately 997 kilograms of marijuana.

32.     Furthermore, I calculated an average price per pound of $1,675 for the marijuana detailed in the pay/owe ledgers seized pursuant to search warrants as detailed in this affidavit. Based on my training and experience, I know that $1,675 is common price per pound of indoor grown marijuana in the northern California area.

33.     I further believe that Richard Phung and Su Qing Li knew they were wanted by the police following the October 2014 search warrant executions and the arrests of numerous marijuana growers. Indeed, EGPD police reports provided as discovery to the state defendants in those earlier cases were found at 5255 Jacinto Avenue. At the time of their arrest, the evidence revealed that Richard Phung and Su Qing Li were involved in operating additional marijuana distribution houses as detailed in this affidavit.

_____
Brian Swenson, Special Agent
Drug Enforcement Administration


Sworn and Subscribed to me on September 2, 2015

_____
Honorable Kendall J. Newman
United States Magistrate Judge


Approved as to form:

_____
Christiaan Highsmith
Assistant United States Attorney

13