UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 28, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD PHUNG,

Defendant.

Case No. 2:15-cr-00192-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD PHUNG ,

Case No. 2:15-cr-00192-GEB  Charge , from custody for the following reasons:

_____ Release on Personal Recognizance

  X   Bail Posted in the Sum of $  150,000 (secured by property, with the remaining amount to be unsecured)

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

  X   (Other): Release delayed until 9:00 AM on 10/29/2015.

Issued at Sacramento, California on October 28, 2015 at  2:25 pm

By: /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney