Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
RICHARD PHUNG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD PHUNG,<br>SU QING LI,<br><br>　　　　　　　Defendants | CASE NO. CR-S 15-0192 GEB<br><br>STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Richard Phung, represented by Attorney Dina L. Santos and Defendant Su Qing Li, represented by Attorney Mark Jeffrey Rosenblum, hereby stipulate as follows:

The Pretrial condition number 11 for Richard Phung, prohibiting contact with Su Qing Li, shall be deleted. Pretrial condition number 12 for Su Qing Li, prohibiting contact with Richard Phung, shall be deleted. Pretrial Services Officers for each Defendant have been advised of this change and have no objection. Prior to this case being indicted, Mr. Phung and Ms. Li were in a long-term relationship. Mr. Phung and Ms. Li plan to marry in late April or early May of this year. The Government has stipulated

Stip. & [Proposed] Order - Pretrial          1

to the above request allowing Mr. Phung and Ms. Li to have contact.

      IT IS SO STIPULATED.

| Dated: March 28, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
|---|---|
| | /s/ Christian Highsmith<br>CHRISTIAN HIGHSMITH<br>Assistant United States Attorney |
| Dated: March 28, 2016 | /s/ Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Richard Phung |
| Dated: March 28, 2016 | /s/ Mark Jeffrey Rosenblum<br>MARK JEFFREY ROSENBLUM, ESQ.<br>Attorney for Su Qing Li |

////

///

//

/

**ORDER**

      IT IS SO FOUND AND ORDERED

Dated: April 1, 2016

                                                 /s/ Carolyn K. Delaney
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE