Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
RICHARD PHUNG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD PHUNG,<br>SU QING LI<br>　　　　　　　　　Defendants | CASE NO. 15-00192 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 6/24/16 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Christian Highsmith, and Defendants Richard Phung, represented by Attorney Dina Santos; Defendant Su Qing Li, represented by Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for status on May 13, 2016.

　　2.　　By this stipulation, defendants now move to continue the status conference until June 24, 2016, and to exclude time between May 13, 2016, until June 24, 2016, under Local Code T4. Plaintiff does not oppose this request.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　Counsel for defendants desire additional time to review discovery, conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　　　b)　　The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. &　　　　1
Excluding Time Periods Under Speedy Trial Act

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2016, to June 24, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 11, 2016                    BENJAMIN B. WAGNER
                                       United States Attorney

                                        /s/ Christian Highsmith
                                       CHRISTIAN HIGHSMITH
                                       Assistant United States Attorney

Dated: May 11, 2016                    /s/   Dina L. Santos
                                       DINA L. SANTOS, ESQ.
                                       Attorney for RICHARD PHUNG

Dated: May 11, 2016                     /s/   Mark Jeffery Rosenblum
                                       MARK JEFFERY ROSENBLUM, ESQ.
                                       Attorney for SU QING LI

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge