Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
RICHARD PHUNG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD PHUNG,<br>　　　　　　　Defendants | CASE NO. 15-00192 GEB<br><br>STIPULATION TO AMEND SPECIAL CONDITIONS OF PRETRIAL RELEASE |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendants Richard Phung, represented by Attorney Dina Santos; hereby stipulate that Mr. Phung's curfew be extended to 11:00 p.m. Mr. Phung would like to extend his curfew for employment purposes and would also like to attend a family event on December 2, 2016, until 11:00 p.m. Pre-trial Services Officer Rene Basurto has no opposition to this amendment. The amended conditions of release are attached.

　　IT IS SO STIPULATED.

Amend curfew                                   1

| | |
|---|---|
| Dated: December 1, 2016 | PHILLIP TALBERT<br>United States Attorney<br><br>/s/ Roger Yang<br>ROGER YANG<br>Assistant United States Attorney |
| Dated: December 1, 2016 | /s/  Dina L. Santos<br>DINA L. SANTOS, ESQ.<br>Attorney for RICHARD PHUNG |

**ORDER**

IT IS SO ORDERED.

Dated: December 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Amend curfew

2