Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
RICHARD PHUNG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD PHUNG,<br>SU QING LI<br>　　　　　　　Defendants | CASE NO. 15-00192 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 3/17/17 AT 9:00 A.M. |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendants Richard Phung, represented by Attorney Dina Santos; Defendant Su Qing Li, represented by Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

1.　By previous order, this matter was set for status on January 27, 2016.

2.　By this stipulation, defendants now move to continue the status conference until March 17, 2017, and to exclude time between January 27, 2017, and March 17, 2017, under Local Code T4. Plaintiff does not oppose this request.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　Counsel for defendants desire additional time to review discovery, continue to conduct investigation, and to otherwise prepare for trial. The Defense has recently provided the Government with discovery. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

      b)    The government does not object to the continuance.

      c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2017, to March 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 23, 2017                           PHILLIP TALBERT
                                                     United States Attorney

                                                     /s/ Roger Yang
                                                     ROGER YANG
                                                     Assistant United States Attorney

Dated: January 23, 2017                           /s/   Dina L. Santos
                                                     DINA L. SANTOS, ESQ.
                                                     Attorney for RICHARD PHUNG

Dated: January 23, 2017

   /s/   Mark Jeffery Rosenblum
MARK JEFFERY ROSENBLUM, ESQ.
Attorney for SU QING LI

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 23, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge