PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00192 GEB |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RICHARD PHUNG, AND SU QING LI | DATE: July 28, 2017 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on July 28, 2017 and time excluded to July 28, 2017.

2. By this stipulation, defendants now move to continue the status conference until August 25, 2017, and to exclude time between July 28, 2017, and August 25, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case includes over 2,000 pages, cell phone data, several videos, and many photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants after consultation with their clients, are requesting additional time to review and copy discovery, consult with their clients, and discuss

developments with their clients.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) Counsel for defendant Richard PHUNG is unavailable on July 28, 2017.

  e) Counsel for all defendants must use the services of Mandarin or other dialects of Chinese interpreters to interpret and explain court filings, discovery, and correspondence from the government to their clients.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2017 to August 25, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 25, 2017         PHILLIP A. TALBERT
                 United States Attorney

                 /s/ ROGER YANG
                 ROGER YANG
                 Assistant United States Attorney

Dated: July 25, 2017                              /s/ DINA L. SANTOS
                                                  ROBERT M. HOLLEY
                                                  Counsel for Defendant
                                                  Richard Phung

Dated: July 25, 2017                              /s/ JEFFREY ROSENBLUM
                                                  JEFFREY ROSENBLUM
                                                  Counsel for Defendant
                                                  SU QING LI

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 25, 2017

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```