Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
RICHARD PHUNG

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>RICHARD PHUNG,<br>SU QING LI<br>                Defendants | CASE NO. 15-00192 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 11/17/17 AT 9:00 A.M. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendants Richard Phung, represented by Attorney Dina Santos; Defendant Su Qing Li, represented by Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 25, 2017.

2.      By this stipulation, defendants now move to continue the status conference until November 17, 2017, and to exclude time between August 25, 2017, and November 17, 2017, under Local Code T4. Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. All parties have been diligently trying to schedule the review of evidence that is being held in the DEA evidence locker but have been unable to do so since the last continuance but a date for review has now been set. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        b)        The government does not object to the continuance.

        c)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2017, to November 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 22, 2017                PHILLIP TALBERT
                                       United States Attorney

                                     /s/ Roger Yang
                                    ROGER YANG
                                    Assistant United States Attorney

Dated:  August 22, 2017                          /s/   Dina L. Santos
                                                 DINA L. SANTOS, ESQ.
                                                 Attorney for RICHARD PHUNG


Dated:  August 22, 2017                          /s/   Mark Jeffery Rosenblum
                                                 MARK JEFFERY ROSENBLUM, ESQ.
                                                 Attorney for SU QING LI


## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  August 22, 2017


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge