Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
RICHARD PHUNG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S 15-0192 GEB |
| Plaintiff, | |
| v. | STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |
| RICHARD PHUNG, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Richard Phung, represented by Attorney Dina L. Santos, hereby stipulate as follows:

The Pretrial conditions requiring drug testing and location monitoring/curfew shall be deleted. All other conditions shall remain in full force and effect. Mr. Phung has been in compliance with all conditions since his supervision began in October, 2015. The Government and Pretrial Services are in agreement with the removal of the random drug testing condition and the location monitoring/curfew condition.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 14, 2017 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Roger Yang<br>ROGER YANG<br>Assistant United States Attorney |
| Dated: December 14, 2017 | /s/ Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Richard Phung |

///
//
/

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: December 15, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE