1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Email: defense@dinasantos.com
4

5  Attorney for:
   RICHARD PHUNG
6

7                  IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              CASE NO. 15-00192 GEB

11                        Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
12                v.                      [PROPOSED] FINDINGS AND ORDER TO
                                          CONTINUE CASE TO 1/18/19 AT 9:00 A.M.
13 RICHARD PHUNG,
   SU QING LI
14                        Defendants

15                              **STIPULATION**

16        Plaintiff United States of America, by and through its counsel of record, Roger Yang, and

17 Defendants Richard Phung, represented by Attorney Dina Santos; Defendant Su Qing Li, represented by

18 Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

19        1.      By previous order, this matter was set for status on November 2, 2018.

20        2.      By this stipulation, defendants now move to continue the status conference until January

21 18, 2019, and to exclude time between November 2, 2018, and January 18, 2019, under Local Code T4.

22 Plaintiff does not oppose this request. The Defense continues to conduct investigation, review discovery

23 and negotiate with the Government. The parties are in active negotiations.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25                a)      Counsel for defendants desire additional time to continue to conduct

26 investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to

27 grant the above-requested continuance would deny them the reasonable time necessary for

28 effective preparation, taking into account the exercise of due diligence. The government does

1    not object to the continuance.

2        b)    Based on the above-stated findings, the ends of justice served by continuing the

3    case as requested outweigh the interest of the public and the defendant in a trial within the

4    original date prescribed by the Speedy Trial Act.

5        c)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

6    et seq., within which trial must commence, the time period of November 2, 2018, to January 18,

7    2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

8    T4] because it results from a continuance granted by the Court at defendants request on the basis

9    of the Court's finding that the ends of justice served by taking such action outweigh the best

10   interest of the public and the defendants in a speedy trial.

11   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

12   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

13   must commence.

14   IT IS SO STIPULATED.

15   Dated:  October 31, 2018                    MCGREGOR SCOTT
                                                United States Attorney

16

17                                              /s/ Roger Yang
                                                ROGER YANG

18                                              Assistant United States Attorney

19

20   Dated:  October 31, 2018                    /s/   Dina L. Santos
                                                DINA L. SANTOS, ESQ.

21                                              Attorney for RICHARD PHUNG

22

23

24   Dated:  October 31, 2018                    /s/   Mark Jeffery Rosenblum
                                                MARK JEFFERY ROSENBLUM, ESQ.

25                                              Attorney for SU QING LI

26

27

28

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge