1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160
   Email: defense@dinasantos.com
4

5  Attorney for:
   RICHARD PHUNG
6

                IN THE UNITED STATES DISTRICT COURT
7
                 EASTERN DISTRICT OF CALIFORNIA
8

9

   UNITED STATES OF AMERICA,              CASE NO.  15-00192 MCE
10
                            Plaintiff,    STIPULATION REGARDING EXCLUDABLE
11                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                  v.                       ORDER TO CONTINUE CASE TO 7-29-21 AT
12                                         10:00 A.M.
   RICHARD PHUNG,
13 SU QING LI
                            Defendants
14

15                          **STIPULATION**

16        Plaintiff United States of America, by and through its counsel of record, Roger Yang, and

17 Defendants Richard Phung, represented by Attorney Dina Santos; Defendant Su Qing Li, represented by

18 Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

19        1.      By previous order, this matter was set for status on April 15, 2021.

20        2.      By this stipulation, defendants now move to continue the status conference until July 29,

21 2021, and to exclude time between April 15, 2021, and July 29, 2021, under Local Code T4.  Plaintiff

22 does not oppose this request.  The Defense continues to conduct investigation, review discovery and

23 negotiate with the Government.  The parties are in active negotiations and require additional time to

24 complete negotiations and investigation that may affect the final outcome of the respective cases.  Due

25 to the ongoing COVID-19 pandemic, Counsel for both parties have been unable to meet with their

26 clients.

27        3.      The parties agree and stipulate, and request that the Court find the following:

28               a)      Counsel for defendants desire additional time to continue to conduct

                                              1

1  investigation, and to otherwise prepare for trial.  Counsel for defendants believe that failure to

2  grant the above-requested continuance would deny them the reasonable time necessary for

3  effective preparation, taking into account the exercise of due diligence.  The government does

4  not object to the continuance.

5        b)     Based on the above-stated findings, the ends of justice served by continuing the

6  case as requested outweigh the interest of the public and the defendant in a trial within the

7  original date prescribed by the Speedy Trial Act.

8        c)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9  et seq., within which trial must commence, the time period of April 15, 2021, to July 29,2021,

10  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

11  because it results from a continuance granted by the Court at defendants request on the basis of

12  the Court's finding that the ends of justice served by taking such action outweigh the best interest

13  of the public and the defendants in a speedy trial.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4     IT IS SO STIPULATED.

5  Dated:  April 12, 2021                        PHILLIP TALBERT
                                       United States Attorney

6

7                                   /s/ Roger Yang
                                  ROGER YANG

8                                   Assistant United States Attorney

9

10 Dated:  April 12, 2021                        /s/   Dina L. Santos
                                  DINA L. SANTOS, ESQ.

11                                   Attorney for RICHARD PHUNG

12

13  Dated:  April 12, 2021                       /s/   Mark Jeffery Rosenblum
                                  MARK JEFFERY ROSENBLUM, ESQ.

14                                   Attorney for SU QING LI

15

16

17                           **ORDER**

18     IT IS SO ORDERED.

19 Dated:  April 13, 2021

20

21

22 MORRISON C. ENGLAND, JR
   SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

3