1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   455 Capitol Mall, Suite 802
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160
    Email: defense@dinasantos.com
4

5   Attorney for:
    RICHARD PHUNG
6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,              CASE NO.  15-00192 MCE
10
                            Plaintiff,     STIPULATION REGARDING EXCLUDABLE
11                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
                    v.                      ORDER TO CONTINUE CASE TO 2-10-22 AT
12                                          10:00 A.M.
    RICHARD PHUNG,
13  SU QING LI
                            Defendants
14

15                                  **STIPULATION**

16          Plaintiff United States of America, by and through its counsel of record, Roger Yang, and

17  Defendants Richard Phung, represented by Attorney Dina Santos; Defendant Su Qing Li, represented by

18  Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

19          1.      By previous order, this matter was set for status on October 21, 2021.

20          2.      By this stipulation, defendants now move to continue the status conference until February

21  10, 2022, and to exclude time between October 21, 2021, and February 10, 2022, under Local Code T4.

22  Plaintiff does not oppose this request.  The Defense continues to conduct investigation, review discovery

23  and negotiate with the Government.  The parties are in active negotiations and require additional time to

24  complete negotiations and investigation that may affect the final outcome of the respective cases.

25  Defendant Phung continues to suffer from numerous health issues.

26  ///

27  ///

28  ///

                                            1

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for Defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2021, to February 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 14, 2021

PHILLIP TALBERT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney

Dated:  October 14, 2021

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for RICHARD PHUNG

Dated:  October 14, 2021

/s/   Mark Jeffery Rosenblum
MARK JEFFERY ROSENBLUM, ESQ.
Attorney for SU QING LI

**ORDER**

IT IS SO ORDERED.

Dated:  October 21, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE