```
Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
RICHARD PHUNG
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>RICHARD PHUNG,<br>SU QING LI<br>                      Defendants | CASE NO. 2:15-CR-00192 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 8-25-22 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendants Richard Phung, represented by Attorney Dina Santos; Defendant Su Qing Li, represented by Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

1.    By previous order, this matter was set for status on May 5, 2022.

2.    By this stipulation, defendants now move to continue the status conference until August 25, 2022, at 9:30 a.m., and to exclude time between May 5, 2022, to August 25, 2022, under Local Code T4. Plaintiff does not oppose this request. The Defense continues to conduct investigation, review discovery and negotiate with the Government. The parties are in active negotiations and require additional time to complete negotiations and investigation that may affect the final outcome of the respective cases. The Defense requires additional time to utilize the services of the interpreter to continue to review documents.

3.    The parties agree and stipulate, and request that the Court find the following:

        a)    Counsel for Defendants desire additional time to continue to conduct

1

investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

  b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 5, 2022, to August 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 29, 2022         PHILLIP TALBERT
                    United States Attorney

                    /s/ Roger Yang
                    ROGER YANG
                    Assistant United States Attorney

Dated: April 29, 2022          /s/  Dina L. Santos
                    DINA L. SANTOS, ESQ.
                    Attorney for RICHARD PHUN

Dated:  April 29, 2022                /s/   Mark Jeffery Rosenblum
MARK JEFFERY ROSENBLUM, ESQ.
Attorney for SU QING LI

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of May, 2022.

_____
Troy L. Nunley
United States District Judge

3