PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>RICHARD PHUNG,<br>SU QING LI<br><br>                      Defendants | CASE NO. 2:15-CR-00192 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 8-25-22 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendants Richard Phung, represented by Attorney Dina Santos; Defendant Su Qing Li, represented by Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 25, 2022.

2. By this stipulation, defendants now move to continue the status conference until September 1, 2022, at 9:30 a.m., and to exclude time between August 25, 2022, to September 1, 2022, under Local Code T4. Plaintiff does not oppose this request. Counsel for Richard Phung is not available on August 25, 2022. The Defense continues to conduct investigation, review discovery and negotiate with the Government. The parties are in active negotiations and require additional time to complete negotiations and investigation that may affect the final outcome of the respective cases. The Defense requires additional time to utilize the services of the interpreter to continue to review

1

documents.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for Richard Phung is not available on August 25, 2022. Therefore this continuance will ensure continuity of counsel. Counsel for Defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

    b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2022, to September 1, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 19, 2022                              PHILLIP TALBERT
                                                    United States Attorney

                                                    /s/ Roger Yang
                                                    ROGER YANG
                                                    Assistant United States Attorney

Dated: August 19, 2022                              /s/  Dina L. Santos
                                                    DINA L. SANTOS, ESQ.
                                                    Attorney for RICHARD PHUNG

Dated: August 19, 2022                              /s/  Mark Jeffery Rosenblum
                                                    MARK JEFFERY ROSENBLUM, ESQ.
                                                    Attorney for SU QING LI

**ORDER**

IT IS SO FOUND AND ORDERED this 19th day of August, 2022.

                                                    Troy L. Nunley
                                                    United States District Judge