Mark Jeffrey Rosenblum, SBN 131206
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 442-1814
Email: mjrcorp55@gmail.com

Attorney for:
SU QING LI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>RICHARD PHUNG,<br>SU QING LI<br><br>             Defendants. | CASE NO.  2:15-CR-00192 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE SENTENCING HEARING TO 9-15-2023 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendant Su Qing Li, represented by Attorney Mark Jeffery Rosenblum, hereby stipulate as follows:

1.      By previous order, this matter was set for judgement and sentencing on December 1, 2022.

2.      By this stipulation, defendant now moves to continue the sentencing hearing to February 16, 2023, at 9:30 a.m., and to exclude time between December 1, 2022, to February 16, 2023, under Local Code T4.  Plaintiff does not oppose this request.  Both the Probation Department and the Defense require additional time to obtain and exchange certain documents relevant to sentencing.

3.      The parties agree, stipulate and request that the Court find the following:

a)      Counsel for Defendant and the Probation Department desire additional time to conduct investigation and to obtain and exchange certain documentation relevant to preparation of the Presentencing Report.  Counsel for defendant believes that failure to grant the above-requested continuance would deny defendant the reasonable time necessary for adequate

1

preparation of the Presentencing Report and preparation for the sentencing hearing.  The government does not object to the continuance.

   b)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   c)  The following timeline relative to the sentencing hearing and Presentencing Report are as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | February 16, 2023, at 9:30 a.m. |
| Reply, or Statement of Non-Opposition: | February 09, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 02, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 26, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 19, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 05, 2023 |

   (d)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 1, 2022, to February 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 4, 2022                    PHILLIP TALBERT
                                            United States Attorney


                                             /s/ Roger Yang
                                            ROGER YANG
                                            Assistant United States Attorney


Dated:  November 4, 2022                     /s/  Mark Jeffery Rosenblum
                                            MARK JEFFERY ROSENBLUM, ESQ.
                                            Attorney for SU QING LI


**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of November, 2022.


                                            _____
                                            Troy L. Nunley
                                            United States District Judge

3