Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
RICHARD PHUNG

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br>RICHARD PHUNG,<br>                Defendants | CASE NO. 2:15-CR-00192 TLN<br><br>STIPULATION CONTINUE J&S TO MARCH 23, 2023, AT 9:30 A.M. AND RE-SET BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and Defendants Richard Phung, represented by Attorney Dina Santos; stipulate to re-set the date for Judgment and sentencing to March 23, 2023, at 9:30 a.m. Probation has been informed of the new date. The parties stipulate to the below schedule:

| | |
|---|---|
| **Judgment and Sentencing Date:** | **March 23, 2023** |
| **Reply or Statement of Non-Opposition:** | **March 16, 2023** |
| **Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:** | **March 2, 2023** |
| **The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:** | |
| **Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:** | **February 9, 2023** |
| **Draft Presentence Report disclosed to counsel no later than:** | **January 26, 2023** |

1

IT IS SO STIPULATED.

Dated: Dec. 6, 2022

PHILLIP TALBERT
United States Attorney

 /s/ Roger Yang
ROGER YANG
Assistant United States Attorney

Dated: Dec. 6, 2022

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for RICHARD PHUNG

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of December, 2022.

Troy L. Nunley
United States District Judge