Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
RICHARD PHUNG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RICHARD PHUNG<br><br>                Defendant | CASE NO.  CRS 15-00192 TLN<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

      It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Roger Yang and Defense Counsel, Dina L. Santos; Counsel for Defendant, Richard Phung, that the below condition be added as special condition of release.

      **You must participate in a program of medical, psychiatric and/or gambling treatment as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

      The need for counseling is due to the fact that the government has information that Mr. Phung has gambled while on supervision and Mr. Phung confirmed this information to Pretrial Services.

1

Dated: February 7, 2023

/s/  Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Richard Phung

Dated: February 7, 2023

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

DATE: February 8, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE