Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
RICHARD PHUNG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHARD PHUNG<br><br>　　　　　Defendant | CASE NO. 2:15-CR-00192 TLN<br><br>STIPULATION AND ORDER TO REMOVE LIEN |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Roger Yang, and Defense Counsel, Dina L. Santos; Counsel for Defendant, Richard Phung, that the property bond of $150,000 secured by real estate located 6028 Carl Street, Farmington, New Mexico, owned by Grace Pham, be released and the lien removed.

On November 16, 2023, Mr. Phung was sentenced and he surrendered himself to the Bureau of Prisons on February 29, 2024, to serve a sentence of 60 months.

Dated: March 18, 2024                  /s/   Dina L. Santos
                                       DINA SANTOS, ESQ.
                                       Attorney for Richard Phung


Dated: March 18, 2024                  /s/ Roger Yang
                                       ROGER YANG
                                       Assistant United States Attorney

1

## ORDER

**IT IS SO ORDERED.** THE CLERK OF THE COURT IS INSTRUCTED TO RELEASE THE BOND AND REMOVE THE LIEN.

DATE: March 20, 2024

_____
Troy L. Nunley
United States District Judge

2