HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD PHUNG,<br><br>　　　　　Defendant. | No. 2:15-cr-192 TLN<br><br>**UNOPPOSD REQUEST TO EXTEND TIME TO RESPOND TO COURT'S MINUTE ORDER, ECF 182; ORDER**<br><br>**<u>RETROACTIVE CRIMINAL HISTORY CASE</u>**<br><br>Judge:  Honorable TROY L. NUNLEY |

　　　　On April 22, 2024, the Court issued a minute order in the above-entitled matter pursuant to General Order 670, whereby the Federal Defender Office had 28 days to file a notice of its intent to assume representation. ECF 182. The undersigned has written to Mr. Phung, but given the delays associated with the prison mail system, the undersigned requests the Court issue the order lodged herewith extending the time to respond to July 22, 2024. Counsel for the government, Assistant U.S. Attorney Shelley D. Weger, graciously indicated she had no objection to this request.

Dated:  June 24, 2024

///

///

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Respectfully submitted, |
| 5 | HEATHER E. WILLIAMS |
| 6 | Federal Defender |
| 7 | /s/ *David M. Porter* |
|   | DAVID M. PORTER |
| 8 | Assistant Federal Defender |

**ORDER**

Pursuant to counsel's unopposed request, and good cause appearing therefor, the request is GRANTED. The time for the Office of the Federal Defender to file a status report, motion or stipulation, set forth in this Court's April 22, 2024, minute order, ECF 182, is extended to July 22, 2024.

Dated: June 24, 2024

_____
Troy L. Nunley
United States District Judge