UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD PHUNG,<br><br>Defendant. | No.  2:15-cr-00192-TLN<br><br><br><br>**ORDER** |

The Court has reviewed Defendant Richard Phung's ("Defendant") *pro se* motion for a sentence reduction and the Government's opposition thereto.  (ECF Nos. 181, 188.)  The Federal Defender's Office has notified the Court it will not assume representation of Defendant in this matter.  (ECF No. 187.)  Defendant moves for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821.  Defendant is not eligible for a reduction under U.S.S.G. § 4C1.1, the "zero-point offender" provision, because Defendant received a criminal history point at sentencing.  *See* U.S.S.G. § 4C1.1(a)(1).  Defendant is also ineligible for a "zero-point offender" reduction because he received a three-level adjustment for his supervisory role in the offense pursuant to U.S.S.G. § 3B1.1(b).  *See* U.S.S.G. § 4C1.1(a)(10).  In addition, the Court notes Defendant is ineligible for a reduction under the amended status point provision because he did not receive any status points at sentencing.  *See* U.S.S.G. § 4A1.1(e).

1   For these reasons, the Court DENIES Defendant's motion.  (ECF No. 181.)

2   IT IS SO ORDERED.

3   Date: July 31, 2024

_____
Troy L. Nunley
United States District Judge